UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, et al.,<br><br>Plaintiffs<br><br>— against —<br><br>LYNN CURCURO CONSULTING, LTD., et al.,<br><br>Defendants.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY, et al.,<br><br>Plaintiffs<br><br>— against —<br><br>SUSAN J. POLINO PH.D. (A Sole Proprietorship), et al.,<br><br>Defendants. | 22-CV-4543 (ARR) (PK)<br><br>**Opinion & Order**<br><br>**Not for electronic or print publication** |

ROSS, United States District Judge:

I have received the Report and Recommendation on the instant case dated January 12, 2024, from the Honorable Peggy Kuo, United States Magistrate Judge. No objections have been filed. I review "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Brissett v. Manhattan & Bronx Surface Transit Operating Auth.*, No. 09-CV-874 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011), *aff'd*, 472 F. App'x 73 (2d Cir. 2012) (summary order). Where no timely objections have been filed, I need only satisfy myself "that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-CV-0371 (LDH) (LB), 2017 WL 4838764, at *1

(E.D.N.Y. Oct. 24, 2017) (quoting *Est. of Ellington ex rel. Ellington v. Harbrew Imps. Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)). Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, plaintiffs' motion for an order of prejudgment attachment against defendants Gary Grody, Yuri Zayonts, and Irina Zayonts is granted. These defendants are ordered to disclose the identity of all property and debts owed in order to facilitate attachment. Within fourteen days of this order, plaintiffs are ordered to post an undertaking in the amount of $5,000 pursuant to N.Y. C.P.L.R. 6212(b). *See Yong Xiong He v. China New Star Rest., Inc.*, No. 19-CV-5907, 2020 WL 6202423, at *16 (E.D.N.Y. Oct. 22, 2020) (collecting cases).

SO ORDERED.

_____/s/_____
Allyne R. Ross
United States District Judge

Dated:	February 2, 2024
	Brooklyn, New York